**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

ARTHUR WOLF,

Plaintiff,

v.

INDIAN MOTORCYCLE COMPANY, and POLARIS INDUSTRIES INC.,

Defendants.

Civil Action No. 12-CV-229-J

---

**JOINT REPORT REGARDING SETTLEMENT**

---

Counsel for the parties in the above-captioned matter hereby jointly submit this Joint Report regarding Settlement.

Plaintiff, Defendants and non-party "Sellers" have worked diligently towards an acceptable settlement and all concerned believe that the previously unresolved, significant issues have been resolved and a settlement reached. It is anticipated that an appropriate Release will be circulated by Monday afternoon (January 26, 2015). The parties, therefore, respectfully request that the Court take no further action in order to allow the circulation of the Release and a Stipulated Motion for Dismissal with Prejudice filed.

DATED this 23rd day of January, 2015.

ARTHUR WOLF, Plaintiff

By: s/Richard H. Honaker
Richard H. Honaker (Wyo. Bar #5-1514)
Honaker Law Offices, LC

P.O. Box 366
Rock Springs, WY 82902-0366
Tel: (307) 362-5800
Fax: (307) 362-5890
info@honakerlaw.com

Ryan Shaffer (Wyo. Bar # 7-4800)
Robert L. Stepans (Wyo. Bar #6-4149)
Ali Archual (Wyo. Bar #7-5288)
Meyer, Shaffer & Stepans, PLLP
P.O. Box 644
350 E. Broadway
Jackson, WY 83001
Tel: (307) 734-9544
Fax: (307) 733-3449
ryan@mss-lawfirm.com
rob@mss-lawfirm.com

COUNSEL FOR PLAINTIFF

INDIAN MOTORCYCLE COMPANY AND POLARIS INDUSTRIES INC., Defendants

By: s/Ernest H. Eubanks, Jr.
Stuart R. Day, Esq.
Williams, Porter, Day & Neville, P.C.
159 N. Wolcott Street, Suite 400

P.O. Box 10700
Casper, WY 82602
Tel: 307.265.0700
Fax: 307.266.2306
sday@wpdn.net

Ernest H. Eubanks, Jr.
Rumberger Kirk & Caldwell
P.O. Box 1873
Orlando, FL 32802-1873
seubanks@rumberger.com

COUNSEL FOR DEFENDANTS