Stuart R. Day, W.S.B. # 5-2244
Williams, Porter, Day & Neville, P.C.
159 N. Wolcott, Suite 400 (82601)
P. O. Box 10700
Casper, Wyoming 82602
Telephone:      (307) 265-0700
Facsimile:       (307) 266-2306
Email:             sday@wpdn.net

Ernest H. Eubanks, Jr. F.S.B. # 0612091 (*Pro Hac Vice*)
Rumberger, Kirk & Caldwell
Lincoln Plaza, Suite 1400
300 South Orange Avenue
P.O. Box 1873
Orlando, FL  32801
Telephone:     (407) 872-2133
Facsimile:      (407) 841-2133
Email:   seubanks@rumberger.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ARTHUR WOLF, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 12-CV-229 |
| INDIAN MOTORCYCLE COMPANY and POLARIS INDUSTRIES INC. | ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Arthur Wolf and Defendants Indian Motorcycle Company and Polaris Industries Inc., by and through their respective counsel of record, and hereby stipulate and agree that the claims brought on behalf of the Plaintiff in the Civil Action referenced above against Defendants Indian Motorcycle Company and Polaris Industries Inc. should be dismissed with prejudice, with Plaintiff and Defendants to pay their own respective costs and attorney's fees.

/s/ Richard H. Honaker                     Dated: _____
Richard H. Honaker WSB # 5-1514
Honaker Law Office, LC
P.O. Box 366
Rock Springs, WY 82902

Robert L. Stepans WSB # 6-4149
Ryan Shaffer WSB # 7-4800
Ali Archual WSB # 7-5288
Meyer, Shaffer & Stepans, PLLP
350 East Broadway
P.O. Box 644
Jackson, WY 83001

Attorneys for Plaintiff


/s/ Stuart R. Day                          Dated: _____
Stuart R. Day WSB # 5-2244
Williams, Porter, Day & Neville, P.C.
159 North Wolcott, Suite 400 (82601)
P. O. Box 10700
Casper, WY 82602

Ernest H. Eubanks, Jr., Pro Hac Vice
Rumberger Kirk & Caldwell
300 South Orange Avenue, Suite 1400
Orlando, FL 32801

Attorneys for Defendants Indian Motorcycle and
Polaris Industries Inc.