Stuart R. Day, W.S.B. # 5-2244
Williams, Porter, Day & Neville, P.C.
159 N. Wolcott, Suite 400 (82601)
P. O. Box 10700
Casper, Wyoming 82602
Telephone:     (307) 265-0700
Facsimile:      (307) 266-2306
Email:           sday@wpdn.net

Ernest H. Eubanks, Jr. F.S.B. # 0612091 (*Pro Hac Vice*)
Rumberger, Kirk & Caldwell
Lincoln Plaza, Suite 1400
300 South Orange Avenue
P.O. Box 1873
Orlando, FL 32801
Telephone:     (407) 872-2133
Facsimile:      (407) 841-2133
Email:   seubanks@rumberger.com

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 FEB 25   PM 4 51

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ARTHUR WOLF, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 12-CV-229 |
| INDIAN MOTORCYCLE COMPANY and POLARIS INDUSTRIES INC. | ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** coming on before the Court pursuant to the Stipulation of Dismissal with Prejudice filed herein, and the Court, having reviewed the Stipulation of Dismissal with Prejudice and the file herein, **FINDS** that all claims brought on behalf of Plaintiff Arthur Wolf in the above referenced action against Defendants Indian Motorcycle Company and Polaris Industries Inc. should be dismissed with prejudice with Plaintiff and Defendants to pay their own respective costs and attorney's fees.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff's claims against Defendants Indian Motorcycle Company and Polaris Industries Inc. be and the same are hereby dismissed with prejudice with each party to bear its own respective attorney's fees and costs.

DONE IN OPEN COURT this 23 day of February, 2015.

Honorable Alan B. Johnson
United States District Court Judge

Approved as to Form:

/s/s Richard H. Honaker
Richard H. Honaker WSB # 5-1514
Honaker Law Office, LC
P.O. Box 366
Rock Springs, WY 82902

Robert L. Stepans WSB # 6-4149
Ryan Shaffer WSB # 7-4800
Ali Archual WSB # 7-5288
Meyer, Shaffer & Stepans, PLLP
350 East Broadway
P.O. Box 644
Jackson, WY 83001

Attorneys for Plaintiff

/s/ Stuart R. Day
Stuart R. Day WSB # 5-2244
Williams, Porter, Day & Neville, P.C.
159 North Wolcott, Suite 400 (82601)
P. O. Box 10700
Casper, WY 82602

Ernest H. Eubanks, Jr., Pro Hac Vice
Rumberger Kirk & Caldwell
300 South Orange Avenue, Suite 1400
Orlando, FL 32801

Attorneys for Defendants Indian Motorcycle
And Polaris Industries Inc.